UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>URIEL AVITIA-CARAZCO,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19CR4705-JLS<br><br>**ORDER SETTING STATUS HEARING RE: COUNSEL** |

　　　The Court has received correspondence from Defendant Avitia-Carazco requesting the appointment of new counsel,[1]

　　　IT IS HEREBY ORDERED that a Status Hearing regarding counsel shall be held on **Friday, April 16, 2021** at **9:00 a.m.**

　　　IT IS SO ORDERED.

Dated:  April 8, 2021

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Defendant's letter will be rejected for failing to comply with Local Rules, but a copy will be provided to defense counsel.