# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>URIEL AVITIA-CARAZCO,<br>　　　　　Defendant. | Case No.: 19cr4705-JLS<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |

Upon the joint motion, the Court finds that there are "fair and just reason[s]" to allow Defendant, Uriel Avitia-Carazco, to withdraw his guilty plea to the Information and plead guilty again to Count 3 of the Information.

**IS IT HEREBY ORDERED** that Defendant, Uriel Avitia-Carazco is allowed to withdraw his guilty plea to the Information.

IT IS SO ORDERED.

Dated: October 6, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge