# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br>v.<br><br>URIEL AVITIA CARAZCO,<br>    Defendant | Case No.: 19cr4705-JLS<br><br><br><br>ORDER |

**Upon Good Cause Shown,**

**It is ORDERED** that the Sentencing Hearing date that is currently scheduled for October 8, 2021, at 9:00 a.m., be continued October 29, 2021, at 9:00 a.m.

**It is also ORDERED** that the time between October 8, 2021, and October 29, 2021, be tolled for Speedy Trial purposes.

IT IS SO ORDERED.

Dated: October 6, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

ORDER - 1
**19CR4705-JLS**